People v Bristol (2025 NY Slip Op 05093)

People v Bristol

2025 NY Slip Op 05093

Decided on September 24, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on September 24, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

MARK C. DILLON, J.P.
BETSY BARROS
FRANCESCA E. CONNOLLY
CARL J. LANDICINO, JJ.

2013-07542
 (Ind. No. 1936/11)

[*1]The People of the State of New York, respondent,
v
Devon Bristol, appellant.

Devon Bristol, Ossining, NY, appellant pro se.
Eric Gonzalez, District Attorney, Brooklyn, NY (Leonard Joblove, Ellen C. Abbot, and Rebecca Nealon of counsel), for respondent.
Patricia Pazner, New York, NY (Mark W. Vorkink of counsel), former appellate counsel.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated June 1, 2016 (People v Bristol, 140 AD3d 781), affirming a judgment of the Supreme Court, Queens County, rendered July 11, 2013.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
DILLON, J.P., BARROS, CONNOLLY and LANDICINO, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court